AO (Rev. 5/85) Criminal Complaint

FILED IN OPEN COURT
11.4.2021
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

MARLON HERNANDEZ-GUEVARA

**CRIMINAL COMPLAINT**

Case No. 3:21-mj-1491-MCR

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.   On or about May 16, 2021, in Nassau County, in the Middle District of Florida, the defendant,

> a citizen of Honduras and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about February 17, 2020,

in violation of Title 8, United States Code, Section 1326.   I further state that I am a Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Justin X. Villafane

Sworn to before me and subscribed in my presence,

on November 4, 2021     at     Jacksonville, Florida

MONTE C. RICHARDSON
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

CRIMINAL COMPLAINT AFFIDAVIT

I, Justin X. Villafane, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1. Your affiant has been a Deportation Officer for ICE since 2016. Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States. In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2. On May 16, 2021, at approximately 8:55 a.m., ICE received electronic correspondence from the Nassau County jail regarding an individual identified as MARLON HERNANDEZ-GUEVARA with a date of birth in July 1987 who had been booked into the Nassau County jail, in Yulee, in the Middle District of Florida. Deportation Officer Baez ran immigration database checks using the information provided by the Nassau County jail and the information matched an individual named MARLON HERNANDEZ-GUEVARA who had been previously deported from the United States. Officer Baez lodged an ICE detainer for HERNANDEZ-GUEVARA with the Nassau County jail.

3. On October 25, 2021, at approximately 8:43 a.m., the Nassau County jail notified your affiant that the local charges for HERNANDEZ-GUEVARA were

resolved and that he was ready to be picked up on the ICE detainer. On October 26, 2021, HERNANDEZ-GUEVARA was administratively arrested and transported to the ICE District Office in Jacksonville for administrative processing. During processing, your affiant entered HERNANDEZ-GUEVARA's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of individuals who had been previously encountered by immigration authorities. The system returned a match and reflected that HERNANDEZ-GUEVARA had been previously encountered and had been assigned an Alien Registration number ("A-number"). Your affiant then conducted additional immigration database checks using the A-number and the records reflected that HERNANDEZ-GUEVARA is a citizen of Honduras who has been previously deported or removed from the United States to Honduras.

4.      Your affiant also reviewed documents from the Alien Registration file ("A-file") for HERNANDEZ-GUEVARA. An A-file is a central file maintained by immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien. Documents in the A-file confirmed that HERNANDEZ-GUEVARA is a citizen of Honduras who has been previously deported or removed from the United States to Honduras, on February 17, 2020, through Miami, Florida. The A-file contained no record that HERNANDEZ-GUEVARA had ever applied for or received permission from the

Attorney General or the Secretary of Homeland Security for the United States to re-enter the United States since the time of his deportation or removal.

Based upon the foregoing facts, your affiant believes there is probable cause to establish that MARLON HERNANDEZ-GUEVARA is a citizen of Honduras who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326.

_____
Justin X. Villafane, Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida